UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HIGHLINE CAPITAL MANAGEMENT, LLC,

      Plaintiff,

  vs.

HIGHLINE WEALTH MANAGEMENT, LLC
and NEIL J. SIMON

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

15 CIV 5175 (LGS)

ECF Case

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

    PLEASE TAKE NOTICE that Highline Capital Management, LLC appears in the case captioned above by its counsel David H. Bernstein of Debevoise & Plimpton LLP. The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the address given below.

Dated: New York, New York
       July 8, 2015

                                DEBEVOISE & PLIMPTON LLP

                    By:   /s/ David H. Bernstein_____
                          David H. Bernstein
                          dhbernstein@debevoise.com
                          919 Third Avenue
                          New York, New York  10022
                          (212) 909-6696

                          *Attorney for Plaintiff*