UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
:
HIGHLINE CAPITAL MANAGEMENT, LLC,           :   15 Civ. 5175 (VSB)
:
Plaintiff,                           :
:   **STIPULATION**
- against -                            :
:
HIGHLINE WEALTH MANAGEMENT, LLC and          :
NEIL J. SIMON,                               :
:
Defendants.                          :
:
------------------------------------------------------------------ x

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto that the time for Defendants Highline Wealth Management, LLC and Neil J. Simon to answer, move with respect to, or otherwise respond to the Summons and Complaint of Plaintiff Highline Capital Management, LLC is hereby extended to and including Monday, October 26, 2015.

Dated: New York, New York
       September 24, 2015

| ODIN FELDMAN & PITTLEMAN PC | TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT, LLP |
|---|---|
| By: *Kevin Oliveira* | By: *L. Donald Prutzman* |
| Kevin Oliveira | L. Donald Prutzman |
| Attorneys for Defendants | Attorneys for Plaintiff |
| 1775 Wiehle Avenue | 900 Third Avenue |
| Reston, Virginia 20190 | New York, New York 10022 |
| (703) 218-2160 | (212) 508-6739 |
| (*pro hac vice* application pending) | |

DEBEVOISE & PLIMPTON LLP

By: *David H. Bernstein*
David H. Bernstein
Attorneys for Plaintiff
919 Third Avenue
New York, New York 10022
(212) 909-6696


SO ORDERED:

*Vernon Broderick*
Vernon S. Broderick 10/1/2015
United States District Judge

2