Broderick, V.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
HIGHLINE CAPITAL MANAGEMENT, LLC, : 15 Civ. 5175 (VSB)

    Plaintiff,

    - against -

HIGHLINE WEALTH MANAGEMENT, LLC and
NEIL J. SIMON,

    Defendants.
------------------------------------------------------------------ x

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto that the time for Defendants Highline Wealth Management, LLC and Neil J. Simon to answer, move with respect to, or otherwise respond to the Summons and Complaint of Plaintiff Highline Capital Management, LLC is hereby extended to and including Monday, November 9, 2015.

Dated: New York, New York
      October 21, 2015

ODIN FELDMAN & PITTLEMAN PC

By: _/s/ Kevin Oliveira_
Kevin Oliveira
Attorneys for Defendants
1775 Wiehle Avenue
Reston, Virginia 20190
(703) 218-2160
(*pro hac vice* application pending)

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT, LLP

By: _/s/ L. Donald Prutzman_
L. Donald Prutzman
Attorneys for Plaintiff
900 Third Avenue
New York, New York 10022
(212) 508-6739

DEBEVOISE & PLIMPTON LLP

By: /s/ David H. Bernstein
David H. Bernstein
Attorneys for Plaintiff
919 Third Avenue
New York, New York 10022
(212) 909-6696


SO ORDERED:

/s/ Vernon Broderick
HON. VERNON S. BRODERICK  10/23/2015
UNITED STATES DISTRICT JUDGE

2