UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
:
HIGHLINE CAPITAL MANAGEMENT, LLC,           : Civil Action No.: 15-05175 (VSB)
:
    Plaintiff,                              :
:
    - against -                             : **NOTICE OF APPEARANCE**
:
HIGHLINE WEALTH MANAGEMENT, LLC and          :
NEAL J. SIMON,                               :
:
    Defendants.                             :
:
------------------------------------------------------------ x

To the Clerk of this Court and all parties of record:

    Please enter my appearance for all purposes as counsel in this case on behalf of Highline Wealth Management, LLC and Neal J. Simon.

    I certify that I am admitted or otherwise authorized to practice in this Court, Pro Hac Vice, in the above entitled action.

Respectfully Submitted,

_____
Signature

Dated: November 2, 2015

Kevin T. Oliveira
Attorney for Defendants, Highline Wealth
Management, LLC and Neal J. Simon

ODIN FELDMAN & PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190-5159
Telephone: (703) 218-2138
Fax: (703) 218-2138
Kevin.Oliveira@ofplaw.com

## CERTIFICATE OF SERVICE

I hereby certify this 2nd day of November, 2015 that a true and accurate copy of the forgoing Notice of Appearance of Counsel was mailed to the following:

L. Donald Prutzman
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, New York 10022

David H. Bernstein
Debevoise & Plimpton, LLP (NYC)
919 Third Avenue, 31st Floor
New York, NY 10022

ODIN FELDMAN & PITTLEMAN PC

By: _____
Kevin T. Oliveira
Attorney for Defendants, Highline Wealth
Management, LLC and Neal J. Simon

ODIN FELDMAN & PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190-5159
Telephone: (703) 218-2138
Fax: (703) 218-2138
Kevin.Oliveira@ofplaw.com