UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

HIGHLINE CAPITAL MANAGEMENT, LLC.,

                 Plaintiff,

  - against -

HIGHLINE WEALTH MANAGEMENT, LLC and
NEIL J. SIMON,

                 Defendants.

------------------------------------------------------------------ x

15 Civ. 5175 (VSB)

**CONSENT ORDER AND JUDGMENT**

Vernon S. Broderick, District Judge:

    In accordance with the Settlement Agreement among the parties, which the Court has reviewed, and the parties having consented therein to the entry of this Consent Order and Judgment, it is hereby

    **ORDERED, ADJUDGED and DECREED,** that defendants Highline Wealth Management, LLC and Neal J. B. Simon, shall not, at any time after April 15, 2016 use, adopt, display, publish or apply for or maintain any registration of the trademark, trade name or company name Highline Wealth Management, or any trademark, trade name, company name, logo, slogan or symbol confusingly similar thereto, including, but not limited to, any mark, trade name, company name, logo, slogan or symbol that contains the element "Highline," any variant thereof, or any phonetic equivalent thereof

Dated: New York, New York
       November 3, 2015 at          m.

*[Signature]*
Vernon S. Broderick
United States District Judge

Entry of the foregoing Consent Judgment and Order is hereby consented to:

ODIN FELDMAN PITTLEMAN PC

By *[Signature]*
Kevin Oliveira
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
(703) 218-2160
  Attorneys for Defendants

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP

By *[Signature]*
L. Donald Prutzman
900 Third Avenue
New York, New York 10022
(212) 508-6700

DEBEVOISE & PLIMPTON LLP

By *[Signature]*
David H. Bernstein
919 Third Avenue
New York, New York 10022
(212) 909-6000

  Attorneys for Plaintiff